```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SALVATORE GITTO and PHYLLIS GITTO | : | |
| | : | |
| | : | Consolidated Under |
| Plaintiff, | : | MDL DOCKET NO 875 |
| | : | |
| v. | : | Civil Action |
| | : | No. 07-73417 |
| A.W. CHESTERTON CO., INC, et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **19th** day of **August 2010** it is hereby **ORDERED** that Crane Co.'s Objections to the Magistrate Judges' Report and Recommendation (doc. no. 94) are **OVERRULED**.

It is further **ORDERED** that the Magistrate Judges' Report and Recommendation (doc. no. 93) is **ADOPTED** and Defendant Crane Co.'s Motion for Summary Judgment (doc. no. 44), filed on January 8, 2010, is **DENIED** in part.

It is further **ORDERED** that Crane Co.'s Motion for Summary Judgment (doc. no. 93) on the issue of a "bare metal" defense is **DENIED** without prejudice.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**